NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000436
05-OCT-2017
08:39 AM**

NO. CAAP-16-0000436

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DP, Plaintiff-Appellee, v.
JP, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 14-1-0175)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion filed on August 22, 2017, is corrected as follows:

On the first page, in the title of the document, replace the word "MEMORANDIM" with the word "MEMORANDUM" so that the title of the document reads:

MEMORANDUM OPINION

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, October 5, 2017.

Associate Judge

---

[1] Leonard, Presiding Judge, and Reifurth and Ginoza, JJ.